# United States District Court

## *Southern District of Georgia*

DONGHYUN KIM

_____
Plaintiff

v.

ECOPLASTIC AMERICA CORP.

_____
Defendant

Case No.   6:26-CV-00013-JRH-BKE
_____

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __30th__ day of __March_____ , __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:   Gabriell M. Jeffreys
_____

Business Address:   Burr & Forman LLP
_____
Firm/Business Name

420 20th Street North
_____
Street Address

| Suite 3400 | Birmingham | AL | 35203 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Same as above
_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 205-458-5122 | | N/A | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:   gjeffreys@burr.com