# United States District Court

## Southern District of Georgia

DONGHYUN KIM

_____
Plaintiff

Case No.    6:26-CV-00013-JRH-BKE
_____

v.

ECOPLASTIC AMERICA CORP.

_____
Defendant

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission _pro hac vice_ have been satisfied, **Petitioner's** request to appear _pro hac vice_ in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __30th__ day of __March__ , __2026__ .

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:    Henry Carlton Hilson
_____

Business Address:    Burr & Forman LLP
_____
Firm/Business Name

420 20th Street North
_____
Street Address

| Suite 3400 | Birmingham | AL | 35203 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Same as above
_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

| 205-458-5195 | N/A |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:    chilson@burr.com